# In the United States District Court for the Southern District of Georgia Waycross Division



FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:32 pm, Dec 01, 2020

| | |
|---|---|
| GRANGE INDEMNITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY CONGER, individually and d/b/a M & W TRANSPORTERS, et al.<br><br>    Defendants. | No. 5:17-CV-110 |

### ORDER

On February 6, 2020, the parties notified the Court that they had reached a settlement of this matter. The Court stayed this case pending finalization of the settlement. On November 25, 2020, Plaintiff filed a status report informing the Court that "all conditions of the settlement have been satisfied." Dkt. No. 132 at 2. There being no issues remaining in this matter, the Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this ___ day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA